# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MICQUELL LATIMER,<br><br>            Petitioner,<br><br>    vs.<br><br>DAVE DAVEY, Acting Warden,<br><br>            Respondent. | Case No. CV 14-08434-DSF (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is granted and petitioner is ordered, within 30 days of the date of this Order, to either: (a) File a notice of withdrawal of the four unexhausted claims in Ground One of the Petition (*i.e.*, the claims raised under the Fourth and Eighth Amendments, as well as under Section I of Article Four and Article Six of the Constitution), or (b) file a request to stay the proceedings and hold the Petition in abeyance while petitioner returns to state court to exhaust his state remedies with respect to these claims.

Prior to the Court's acceptance of the Report and Recommendation, petitioner filed a "Notice of Withdrawal of Unexhausted Claims; With Memorandum of Points and Authorities" wherein he withdrew the four unexhausted claims in Ground One of the Petition (*i.e.*, the claims raised under the Fourth and Eighth Amendments, as well as under Section I of Article Four and Article Six of the Constitution).

Accordingly, respondent is ORDERED to file an Answer to the Petition within 45 days of the date of this Order. At the time the Answer is filed, respondent shall lodge with the Court all records bearing on the merits of petitioner's claims, including the briefs specified in Rule 5(d) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner may file a single Reply responding to matters raised in the Answer within thirty (30) days of the date of service thereof. Any Reply filed by petitioner (a) shall state whether petitioner admits or denies each allegation of fact contained in the Answer; (b) shall be limited to facts or arguments responsive to matters raised in the Answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the Reply will not be considered, unless the Court grants leave to amend the Petition. No Reply shall exceed twenty-five (25) pages in length absent advance leave of Court for good cause shown.

Dated: 10/14/15

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

2