JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MICQUELL LATIMER,<br><br>Petitioner,<br><br>v.<br><br>MACOMBER,<br><br>Respondent. | Case No. CV 14-8434-DSF (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: 9/5/17

*Dale S. Fischer*
HONORABLE DALE S. FISCHER
United States District Judge